IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| STACI BARBER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:24-cv-01004 |
| | § | |
| KATY INDEPENDENT SCHOOL | § | |
| DISTRICT; BRYAN SCOTT ROUNDS, | § | |
| Principal of Cardiff Junior High, sued in his | § | |
| individual and official capacities | § | |
| | § | |
| Defendants. | § | |

## **DEFENDANT BRYAN SCOTT ROUNDS' NOTICE OF APPEAL**

Defendant Bryan Scott Rounds, pursuant to the holding in *Mitchell v. Forsyth*, 472 U.S. 511, 530, 105 S. Ct. 2806, 2817 (1985), appeals to the United States Court of Appeals for the Fifth Circuit from the March 26, 2025 Order [Dkt. No. 34] of United States District Judge Alfred H. Bennett, United States District Court for the Southern District of Texas, Houston Division, denying his Motion to Dismiss om the issue of qualified immunity.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By:   /s/ Christopher B. Gilbert
     Christopher B. Gilbert
     State Bar No. 00787535
     cgilbert@thompsonhorton.com
     Alexa Gould
     State Bar No. 24109940
     agould@thompsonhorton.com

3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone:    (713) 554-6744
Fax:    (713) 583-8884

**ATTORNEYS FOR THE DEFENDANTS**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing pleading has been served on all counsel of record through the Court's electronic filing system, on April 8, 2025:

        Brett B. Stalcup
        STALCUP LAW
        3811 Turtle Creek Blvd. Suite 175
        Dallas, Texas 75219
        Email: bstalcup@stalcuplaw.com

        Jay Alan Sekulow
        Jordan Sekulow
        Stuart J. Roth
        Christina A. Compagnone
        Geoffrey Surtees
        Nathan Moelker
        AMERICAN CENTER FOR LAW AND JUSTICE
        201 Maryland Avenue, NE
        Washington, D.C. 20002
        Email: nmoelker@aclj.org

        /s/ Christopher B. Gilbert
        Christopher B. Gilbert