# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 9, 2026

Lyle W. Cayce
Clerk

No. 25-20125

STACI BARBER,

*Plaintiff—Appellee,*

*versus*

BRYAN SCOTT ROUNDS, *Principal of Cardiff Junior High, Sued in his Individual and Official Capacities,*

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-1004

## JUDGMENT

Before ELROD, *Chief Judge,* SMITH, and WILSON, *Circuit Judges.*

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and REVERSED IN PART, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

No. 25-20125

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

Certified as a true copy and issued
as the mandate on Mar 30, 2026

Attest: *Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

2